UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:23-cv-00734-FWS-ADS Date: July 8, 2026
Title: Jasibel Canchola *et al.* v. Allstate Insurance Company

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Rolls Royce Paschal | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING DEFENDANT ALLSTATE INSURANCE COMPANY'S APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL [402]**

On June 25, 2026, Defendant Allstate Insurance Company submitted an application to file under seal the following materials in support of Defendant's Motion to Exclude the Second Amended Expert Report and Testimony of Frank Bernatowicz: (1) Exhibit 10 attached to the Declaration of Brandon J. Stoker and (2) Portions of Exhibits 2 and 3 of the Stoker Declaration (together, "Confidential Documents"). (Dkt. 402 ("Application" or "App.") at 2.) Defendant "seeks an order granting leave to file the Confidential Documents under seal." (*Id.*)

Defendant's "request is made pending the [c]ourt's determination regarding the appropriateness of Plaintiffs' confidentiality designations." (*Id.*) Defendant "agrees that the documents designated as confidential or highly confidential by Plaintiffs may warrant being under seal to avoid the disclosure of personally identifying information, personal financing information, and to protect against identify theft and/or fraud." (*Id.* at 4.) Defendant states that "Plaintiffs are in the best position to speak to whether compelling reasons exists and whether the request to seal is narrowly tailored." (*Id.*)

Central District of California Local Rule 79.5.2.2(b) requires that a party seeking to file a document under seal that contains information previously designated confidential by another pursuant to a protective order: (1) at least three days before seeking to file under seal, confer with the person that designated the material confidential; and (2) attempt to eliminate or minimize the need for filing under seal by means of redaction. L. R. 79-5.2.2(b). If the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**



documents cannot be suitably redacted by agreement, the filing party may file an application to seal the document and supporting declaration. *Id.* The supporting declaration must identify the material previously designated as confidential, specify the designating party, and describe in detail the efforts made to resolve the issue. *Id.* Within four days of filing the application, the designating party must then "file a declaration establishing that all or part of the designated material is sealable, by showing good cause or demonstrating compelling reasons why the strong presumption of public access in civil cases should be overcome, with citations to the applicable legal standard." *Id.*

The deadline for Plaintiffs to file a declaration in support of the Application has passed, and Plaintiffs have filed nothing. (*See generally* Dkt.) The court **ORDERS** Plaintiffs to file a response to the Application, stating Plaintiffs' position regarding the Application, on or before **July 13, 2026**. **Failure to timely file a response may result in the Application being denied.**